UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**UNITED STATES OF AMERICA,**

v.  ACTION NO. 4:10cr99

**EPHRAIN D. HARRIS,**

Defendant.

### ORDER

This matter comes before the court on the Defendant's "Motion to Terminate Defendant's Supervised Release Term" ("Motion"), filed on May 26, 2017. ECF No. 30. This court requires any such requests to come through the Defendant's Probation Officer, after consultation with the United States Attorney. Accordingly, the Defendant's Motion is **DENIED** at this juncture as premature.

The Clerk is **DIRECTED** to send a copy of the Defendant's Motion and this Order to the United States Probation Officer, and a copy of this Order to the Defendant and the United States Attorney at Newport News.

IT IS SO ORDERED.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

June 2, 2017